H. EMOGENE WRIGHT, *as Executor, etc., Respondent, v.* CHARLES E. BARNARD, *Appellant.* — Judgment affirmed. *Held*, that the evidence authorized the conclusion that King was the agent of the defendant, and that he had apparent authority to make the purchases, etc., which formed the subject of the action, on the defendant's credit; that the declarations made by King at the time of the purchases, as to his agency, were competent by way of showing to whom the credit was given (*Bronner* v. *Frauenthal*, 37 N. Y., 166 ; *Tieneyer* v. *Turnquist*, 12 N. Y. W. Dig., 495), and that his declarations made at other times, being simply to the effect that he was the agent of the defendant, without stating the extent of his agency, were mere statements of a fact which was established by legitimate and undisputed evidence, and did no harm. *Held*, also, that the evidence justified the conclusion that the plaintiff's testator, Wright, gave credit originally to the defendant (*Ferris* v. *Kilmer*, 48 N. Y., 300 ; *Meeker* v. *Claghorn*, 44 id., 349), and that the note of King was taken by him as collateral merely.

MARY MARSH, *Appellant v.* WILLIAM R. McNAIR, *Respondent.*— Judgment reversed and new trial ordered, costs to abide event. *Held*, that parol evidence was admissible to show that the assignment of the policies, although absolute in form, was intended as a pledge or as collateral security (*Matthews* v. *Sheehan*, 69 N. Y., 585, and cases there cited on page 590), and that the evidence clearly established the fact of such intent on the part of Mrs. Marsh, and also on the part of Col. Hosmer, who, upon the uncontroverted testimony, is to be regarded as the agent of the defendant's assignor.

ISAAC B. ELLSWORTH and another, *by Guardian, Respondents, v.* THE ÆTNA INSURANCE COMPANY, *Appellant.*—Judgment affirmed.

HENRY SMITH, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment affirmed and proceedings remitted to the Court of Sessions of Jefferson county to proceed thereon.

DAVID CLARK, *Plaintiff in Error v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment reversed and new trial ordered in the Court of Sessions of Jefferson county, to which court the proceedings are remitted. *Held*, that the indictment is sufficient, but there is no satisfactory evidence that the goods alleged to have been stolen were found in the prisoner's possession, there being no proof that he occupied the upper chamber in which the goods were found by the officer, or that he had access to it.